UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: LARSON, MARY G. )
) Case No. 05-20790-MSH
) Chapter
)
)
Debtor )
)

### ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from an uncashed dividend check in the amount of $ 125,000.00 made payable to Mary G. Larson, a creditor/the debtor in this case, were deposited with the United States Treasury and credited to the Unclaimed Funds Account of this Court, and that the proper recipient(s) for said funds having now been located by the petitioner(s) or petitioner(s) and owner(s),

**IT IS HEREBY ORDERED** that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant herein in the amount specified above to:

Peter C. Herbst Jr, Personal Representative Estate of Mary G. Larson
Payee Name
1000 Washington Street
Address
Braintree, MA 02184

Dated: December 28, 2015

BY THE COURT

United States Bankruptcy Judge